UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NUMBER: 23-cv-00414-PBG-DCI

RUDOLPH BETANCOURT,

      Plaintiff,

vs.

RIVER LANES OF TITUSVILLE INC,

      Defendant.

_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted at the request of the parties and by Order of the Court, and said parties appeared via zoom with their counsel on August 14, 2023.

The mediation resulted in a settlement as to all issues.

DATED this 15TH day of August 2023.

Respectfully submitted,

/s/ *Joshua M. Entin*
Joshua M. Entin, Esquire/Mediator
Florida Bar No.: 493724
Entin Law Group, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
E-Mail: Josh@entinlaw.com

cc: Counsel/Parties of Record